UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMBROSIO VILLAGRANA,

    Plaintiff,

v.

RALPH DIAZ, et al.,

    Defendants.

Case No. 19-cv-02272-WHO (PR)

**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**

Pursuant to Northern District of California Civil Local Rule 3-12(c), this case is hereby REFERRED sua sponte to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, Case No. 19-cv-1928 LHK. The cases appear to assert the same or similar claims against the same or similar defendants.

The Clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED.**

**Dated:** May 1, 2019

_____
WILLIAM H. ORRICK
United States District Judge